# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Candice Juarez, | |
|---|---|
| Plaintiff, | Case No. 2:18-cv-06483-CBM-JEM |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** JS-6 |
| Alltran Financial, LP, | |
| Defendant, | |

Having reviewed the Parties Stipulation of Dismissal with Prejudice of Defendant Alltran Financial, LP, and good cause appearing,

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED.** The above entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated: January 9, 2019

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE